No. 14,201.

HOLMAN ET AL. *v.* COLORADO NATIONAL BANK ET AL.
(75 P. [2d] 1165)

Decided January 24, 1938.

Judgment affirmed en banc without written opinion.

Messrs. TAYLOR, CHASNOFF & WILLSON, Messrs. LEWIS, BOND & HOLLAND, for plaintiffs in error.

Messrs. BARTELS, BLOOD & BANCROFT, for defendants in error.